UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON CRAWFORD CRUM FAMILY LAW GROUP, LLP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY G. RANDALL,<br><br>　　　　Defendant. | Case No. 18-cv-03371-VC<br><br>**ORDER DENYING MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Re: Dkt. No. 3 |

　　　　Randall's motion to dismiss is denied. Hanson Crawford Crum Family Law Group has alleged facts sufficient to state a claim for breach of contract, quantum meruit, and account stated. Although Randall may be correct that a plaintiff must attach the relevant contract to a complaint for breach of contract in state court, this requirement does not exist in federal court, so long as the allegations in the complaint are themselves sufficient (which they are). *See Securimetrics, Inc. v. Hartford Casualty Ins. Co.*, No. 05-00917, 2005 WL 1712008, *2 (N.D. Cal. Jul. 21, 2005). Randall's motion for a more definite statement is also denied. Hanson Crawford Crum's complaint is not "vague or ambiguous" such that Randall "cannot reasonably prepare a response." Fed. R. Civ. P. 12(e).

　　　　The hearing set for August 23, 2018 is vacated. Randall must file an answer within 14 days of this order.

　　　　**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
VINCE CHHABRIA
United States District Judge