UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON CRAWFORD CRUM FAMILY LAW GROUP, LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY GRAHAM RANDALL,<br><br>    Defendant. | Case No. 18-cv-03371-VC<br><br>**ORDER REGARDING CHOICE OF LAW BRIEFING** |

    The minute order contained an error regarding the pretrial briefs on choice of law. Hanson Crawford Crum should file the opening brief due January 13, 2020, followed by Randall's brief due February 3, 2020, and Hanson Crawford Crum's reply due February 18, 2020.

    **IT IS SO ORDERED.**

Dated: December 30, 2019

VINCE CHHABRIA
United States District Judge